No. 173. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SALVAGE; and

No. 280. SALVAGE *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed, Assist-*

*ant Attorney General Wideman, Mr. James W. Morris,* and *Miss Helen R. Carloss* for Helvering. *Messrs. John G. Jackson* and *William H. White, Jr.,* for Salvage.

